IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-1260-JLK**

**ESTATE OF BERNADETTE F. LEGO, deceased,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff shall respond to Defendant Barnhart's Motion to Dismiss (doc. #3), filed January 9, 2006, on or before January 30, 2006.

    Defendant Barnhart's Motion to Submit Exhibit A-1 to Motion to Dismiss Under Seal (doc. #4), filed January 9, 2006, is **DENIED**.  There is no basis in law to justify subverting the public function of courts.  The clerk is directed to unseal Exhibit A-1 to the Motion to Dismiss.

Dated:  January 19, 2006