IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-1260-AP**

**ESTATE OF BERNADETTE F. LEGO, deceased,**

      Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

      Defendant.

**ORDER**

Kane, J.

The Motion to Amend Complaint (doc. #10), filed January 30, 2006, is treated as a motion to substitute The Secretary of the Department of Health and Human Services as the defendant in place of the Commissioner of Social Security, and as such is GRANTED. The amended complaint is accepted as filed and plaintiff is directed to obtain proper service on the Secretary of the Department of Health and Human Services. Jo Anne Barnhart as Commissioner of Social Security is dismissed from this case, and the case is renamed to show Michael O. Leavitt, Secretary of Health and Human Services as defendant. Civil action 06-cv-246 is dismissed as duplicative.

Defendant's Motion to Dismiss (doc. #3) is denied as moot.

Dated this 11th day of April, 2005.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court