IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-1260-AP**

**ESTATE OF BERNADETTE F. LEGO, deceased,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

# ORDER

Kane, J.

      The Unopposed Motion to Accept Plaintiff's Response as Timely (doc. #22), filed September 11, 2006, is GRANTED. The response is accepted as timely filed. This matter is now before the court on Defendant's Motion to Dismiss Amended Complaint (doc. #19), filed August 16, 2006. The court has considered the motion and the response. It is, therefore,

      ORDERED that the motion is GRANTED. This case is DISMISSED for lack of subject matter jurisdiction. Plaintiff failed to exhaust all administrative remedies.

      Dated this 12th day of September, 2006.

BY THE COURT:

S/**John L. Kane**

Senior Judge, United States District Court